# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00607-CV

**Texas Department of Public Safety, Appellant**

**v.**

**Carrie C. Carey, Appellee**

### FROM THE COUNTY COURT AT LAW OF CALDWELL COUNTY, NO. 3729, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

Appellant Texas Department of Public Safety filed an Agreed Motion to Dispose of Case in which it seeks to have the judgment of the County Court at Law of Caldwell County reversed. Appellant's agreed motion intimates that the parties have reached an agreement in this matter. The motion dictates the following terms which we interpret to be the terms of the parties' agreement:

> The administrative decision in *Texas Dep't of Public Safety v. Carrie Collen Carey*, State Office of Administrative Hearings Docket No. 2001-07-48469 shall be reinstated, sustaining the 180 day suspension of Carey's driver's license. Carey shall receive credit for 72 days served on suspension from July 23, 2001, to October 3, 2001. All costs before this Court and the county court at law shall be taxed against the party that incurred such costs.

Based on the agreed motion, the judgment below of the County Court of Caldwell County is reversed and the cause remanded to the district court for entry of judgment consistent with the parties' agreement.

_____

David Puryear, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Reversed and Remanded

Filed:   January 17, 2002

Do Not Publish

2